Baird v Baird (2024 NY Slip Op 01483)

Baird v Baird

2024 NY Slip Op 01483

Decided on March 15, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 15, 2024

PRESENT: SMITH, J.P., MONTOUR, GREENWOOD, NOWAK, AND DELCONTE, JJ. (Filed Mar. 15, 2024.) 

MOTION NO. (702/23) CA 22-01720.

[*1]SUSAN A. BAIRD, PLAINTIFF-RESPONDENT, 
v
ROBERT M. BAIRD, DEFENDANT-APPELLANT.

MEMORANDUM AND ORDER
Motion for reargument or leave to appeal to the Court of Appeals denied.